# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

BEVERLY SMITH

VERSUS

CITADEL INSURANCE COMPANY AS
SUCCESSOR TO GRAMERCY
INSURANCE COMPANY AND GOAUTO
INSURANCE COMPANY

NO.  2020 CW 0567

SEPTEMBER 03, 2020

---

In Re:   Beverly Smith, applying for supervisory writs, 19th
         Judicial District Court, Parish of East Baton Rouge,
         No. 597500.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED.**

> JMM
> MRT
> WRC

COURT OF APPEAL, FIRST CIRCUIT

_____
     DEPUTY CLERK OF COURT
        FOR THE COURT